IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARIO HENRY, as Administrator of the Estate of GWYNETH E. HENRY and as Guardian of STYLE HENRY, a minor, and ALYSHIA M. RICHARDSON, as Administratrix of the Estate of TYREESHA L. RICHARDSON and as Guardian of DEONTAY RICHARDSON, a minor, ) ) ) ) ) ) ) | |
| *Plaintiffs*, ) ) | Civil Action No. 1:10-cv-00260 |
| v. ) ) | |
| CITY OF ERIE, THE HOUSING AUTHORITY of the CITY OF ERIE, JOHN E. HORAN, JOSEPH ANGELOTTI, BRETT C. HAMMEL and PATRICIA A. HAMMEL, ) ) ) ) ) ) | |
| *Defendants*. ) | |

## ORDER

AND NOW, to-wit, this 17th day of October, 2013, upon consideration of Plaintiff's Notice of Partial Voluntary Dismissal of Count III as to Defendant the Housing Authority of the City of Erie, it is **ORDERED** that all Count III of the Plaintiff's Complaint be **DISMISSED** with respect to Defendant the Housing Authority of the City of Erie.

BY THE COURT:

_____
Hon. Susan Paradise Baxter