IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARIO HENRY, as Administrator of the Estate of GWYNETH E. HENRY and as Guardian of STYLE HENRY, a minor; and ALYSHIA M. RICHARDSON, as Administratrix of the Estate of TYREESHA L. RICHARDSON and as Guardian of DEONTAY RICHARDSON, a minor,<br><br>　　　　　Plaintiffs<br><br>　　vs.<br><br>CITY OF ERIE; THE HOUSING AUTHORITY OF THE CITY OF ERIE; JOHN E. HORAN; JOSEPH ANGELOTTI; BRETT C. HAMMEL; and PATRICIA A. HAMMEL,<br><br>　　　　　Defendants | No. 1:10-cv-00260-SPB<br><br>Electronically Filed |

## AMENDED ORDER APPROVING SETTLEMENT

AND NOW, to wit, this _10th_ day of May, 2014, upon consideration of the motion of the defendants, Brett C. Hammel and Patricia A. Hammel, for entry of an amended order approving settlement, it is hereby ORDERED that said motion is GRANTED and that the settlement reached in the chambers of Magistrate Judge Susan Paradise Baxter between the parties on April 15, 2014 is approved.

It is further ORDERED that, upon payment by or on behalf of the releasees of the consideration for the settlement which is approved herein, all claims and actions against the said Releasees, Brett C. Hammel, Patricia A. Hammel and Farmers Mutual Insurance Company, shall be forever extinguished, discharged and ended, and any liability of the said Releasees arising out of the accident or event of July 25, 2010, the death of the Decedents, or any injuries, losses or

damages sustained by the Decedents, the Minors, the Estates or any beneficiaries thereof, shall accordingly be forever extinguished, discharged and ended.

It is further ORDERED, pursuant to the understanding and agreement of the parties, that the existence and terms of the settlement are and shall remain confidential, personal, private and privileged, and that neither the parties, including the Minors, the personal representatives of the Decedents' Estates or any beneficiaries thereof, the defendants, their counsel, nor any persons acting on their or their counsel's behalf, shall disclose, disseminate, publish, publicize, release or reveal any information concerning the fact, existence or terms of the settlement which it commemorates without the prior approval of Court.

BY THE COURT:

*Maurice B Cohill Jr.*
Honorable Maurice B. Cohill, Jr.
Senior United States District Court Judge